JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ZEPUOR PARSANIAN,

                    Plaintiff,

          v.

LOUIS DEJOY, *et al.*,

                    Defendants.

Case No. 2:23-cv-03670-FLA (MBKx)

**JUDGMENT**

   For the reasons stated in the court's Order Granting Defendant Louis DeJoy's Motion for Summary Judgment, the court ENTERS summary judgment in Defendant's favor as to all claims.

   IT IS SO ORDERED.

Dated: March 31, 2026



_____

FERNANDO L. AENLLE-ROCHA
United States District Judge

1